1  Name: Raziel Olam BRIAH

2  Address: 11540 NE Inverness Dr

3  Portland, OR 97220, Inverness Jail

4  Phone: 971-238-4633/In Jail

5  Fax: N/A

6  In Pro Per

7  Requesting for appointment of an attorney

FILED
CLERK, U.S. DISTRICT COURT

JAN 3 - 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10  RAZIEL OLAM BRIAH AND United Nations

11

12                              Plaintiff

13                    v.

14  multnomah County Inverness Jail

15  MCDC Detention Center, Captain Diamond

16                              Defendant(s).

CASE NUMBER
CV23-388-SB (JPR)

To be supplied by the Clerk of
The United States District Court

17  Since 07/28/2022 me and all inmates were
18  subject to inhuman, degrading, Horrific, Repulsive and hanis
19  acts of torture by Correctional officers. Also medical
20  Staff committed acts of malpratice with inmates
21  that is the brutality equivenlent of torture. No
22  medical treatments and deniel of Emergency Care even
23  to Emergency Hospitals for life saving medical. Inmates
24  have died in jail due to malpratice. Cruel and Unusual
25  Punishment of inmates as well as hate Crimes
26  against inmates by reglion, Race and Sexual ovetation.
27  Invation of privacy Police and Correctionel officer recd
28  legal mail and hold the legal On purpose to effect
   trials and cases. These horrific acts were done even
   done the American Holidays.
     on

CV-126 (09/09)              PLEADING PAGE FOR A COMPLAINT

Cruel and Unusual Punishment, Hate crimes
medical Malpratice, Police and Correctional
1  Retaleation, Racial discrimination, Religous discrimination
2  Sexual discrimination. This is happening to all
3  Inmates that were incarcerated in MCDC Detention center
4  and Inverness Jail in Multnomah County in Portland, Oregon.
5  I live in Los Angeles in west Hollywood California.
6  Not enough even No Religous Reading material
7  and no proper Investigation for men or women
8  Rape victoms or (PREA) issue's. I am a current
9  rape victom and there has been nothing done to
10 Correct my rape, NO Suspects No rape kit, No
11 Detective Interview, No paperwork, Just nothing at
12 all. the Inmates face retalation from police or
13 Correctional officers for filling (PREA'S) and
14 No Support from the (PREA) Hotline for
15 rape victoms of both Sexe's.
16
17
18
19
20
21
22
23
24
25
26
27
28

CV-126 (09/09)                          PLEADING PAGE FOR A COMPLAINT

RAZIEL BRATT SSN 570056 (Filed LA)

F.B.I # 89799JD9    Drivers License# 9963413 (OR)

I would like to Sue In Federal Cart against the State of Oregon, Circuite Court of Multnomah County, and Multnomah County Inverness Jail and Multnomah County Detention Center. For multiple hate crimes that were committed against multiple Inmates over Race, Religon and Sexual Orentation.

Need paper work mailed back to Return Address on Envelope. I live in Hollywood California since The End of 2020. Im from Portland Oregon. Only Came back to Portland to take my daughter to Diseryland.

I did a mental Health Evaluation In September 2022 from forensice phycologyt and Im decree mentely fit. I Sued in Oregon Federal Court and it was dismissed, However the defendant lied Said I was mental raped her and Everything under the Sun. Im Not a ~~best~~ Crazy man. Im a united Nations Volunteer and Former ~~united Nations~~ united States Federal Senator Ron wyden employee.

Need file over Hate crim

Motion: For Delivery by United States Marshal Service

L.R 5-2 Filing in Forma Pauperis

Request to Proceed In Forma Pauperis with declaration in support

I state that because of my poverty I am unable to pay the Costs of Said proceedings or to give Security therefore and that I am entitled to redress

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, Correct and Complete.

I am a Poor humanitarian and united Nations Volunteer that is going to film school and a ~~[illegible]~~ Struggling Entrepencer as well a Certified religious Student.

Motion: For Request for appointment of an ~~[illegible]~~ ATTORNEY

Local Rule 11 - Reasons for or need a Court appointed attorney Or the Court to appoint me a attorney is its a class action Lawsuite with other people (Under purgery Penalty) I am and have no funds and am a poor humanitarian and pece keeper. Im a united Nations Volunteer and Ex-Employee of United States Federal Senator of Oregon —
— Ron Wyden. I do not have any money Cause Im in Jail curently In False Imprisonment, In Multnomah County Jail In Portland Oregon. I live in West Hollywood California and Came to Portland Oregon to take my Kids to Disenyland. One thing led to another and now Im being False Imprisoned In multnomah County Jails.

RAZIEL BRIAH [signature] 12/28/2022 wed.





Legal Mail

Federal Legal Mail

Do Not hold Federal Mail
Holding or Tampering with mail is a Federal offense

FBI # 89478007

Federal Legal Mail

wed. 12/28/2022 10:35am